# NO. 12-18-00024-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *PATRICIA CARTER,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 1* |
| *DAVID HAYES,*<br>*APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On February 9, 2018, we notified Appellant that her notice of appeal failed to contain the information specifically required by Texas Rules of Appellate Procedure 9.5 and 25.1(d)-(e). *See* TEX. R. APP. P. 9.5, 25.1(d)-(e), 37.1. The notice warned that, unless Appellant filed a proper notice of appeal on or before March 11, the appeal would be referred to the Court for dismissal. The deadline has passed and Appellant has not filed a compliant notice of appeal or otherwise responded to this Court's February 9 notice.

Because Appellant has failed, after notice, to comply with Rules 9.5 and 25.1, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered April 18, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

APRIL 18, 2018

NO. 12-18-00024-CV

**PATRICIA CARTER,**
Appellant
V.
**DAVID HAYES,**
Appellee

Appeal from the County Court at Law No. 1

of Angelina County, Texas (Tr.Ct.No. 359-17-CV)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*